1

2

3

4

5

6

7          UNITED STATES DISTRICT COURT

8          CENTRAL DISTRICT OF CALIFORNIA

9              WESTERN DIVISION

10

11 JONATHAN R. KINSEY,              )  No. SA CV 11-00653-RGK (VBK)
                                    )
12              Petitioner,         )  ORDER ACCEPTING FINDINGS AND
                                    )  RECOMMENDATIONS OF UNITED STATES
13      v.                          )  MAGISTRATE JUDGE
                                    )
14 G. D. LEWIS,                     )
                                    )
15              Respondent.         )
   ─────────────────────────────── )
16

17      Pursuant to 28 U.S.C. §636, the Court has reviewed the Petition

18 for Writ of Habeas Corpus ("Petition"), the records and files herein,

19 and the Amended Report and Recommendation of the United States

20 Magistrate Judge ("Amended Report").

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28 //

1    **IT IS ORDERED** that: (1) the Court accepts the findings and

2  recommendations of the Magistrate Judge, (2) Ground One is dismissed

3  with prejudice; (3) Ground Four is dismissed without prejudice; and

4  (4) the Court declines to issue a Certificate of Appealability

5  ("COA").[1]

6

7  DATED: July 1, 2014                    _____
                                          R. GARY KLAUSNER
8                                         UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20  _____

21      [1]    Under 28 U.S.C. §2253(c)(2), a COA may issue "only if the
applicant has made a substantial showing of the denial of a
22  constitutional right."  The Supreme Court has held that, to obtain a
Certificate of Appealability under §2253(c), a habeas petitioner must
23  show that "reasonable jurists could debate whether (or, for that
matter, agree that) the petition should have been resolved in a
24  different manner or that the issues presented were 'adequate to
deserve encouragement to proceed further'."  Slack v. McDaniel, 529
25  U.S. 473, 483-84, 120 S.Ct. 1595 (2000)(internal quotation marks
omitted); see also Miller-El v. Cockrell, 537 U.S. 322, 336, 123 S.Ct.
26  1029 (2003).  After review of Petitioner's contentions herein, this
Court concludes that Petitioner has not made a substantial showing of
27  the denial of a constitutional right, as is required to support the
issuance of a COA.
28